UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

SHERRY WOOLERTON-JONES,                    JUDGMENT IN A CIVIL CASE

     Plaintiff,

vs.


WAL-MART STORES,INC., ET AL.,              CASE NO: 17-1183-STA-egb

     Defendants.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Response To Order To Show Cause entered on March 30, 2018, this cause is hereby dismissed with prejudice.




                                     APPROVED:


**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 4/2/2018**                    **THOMAS M. GOULD**
                                 **Clerk of Court**


                                  **s/Maurice B. BRYSON**

                              **(By)  Deputy Clerk**